Farzad Rastegar (SBN 155555)
*farzad@rastegarlawgroup.com*
Douglas W. Perlman (SBN 167203)
*douglas@rastegarlawgroup.com*
**RASTEGAR LAW GROUP**
22760 Hawthorne Boulevard, Suite 200
Torrance, California 90505
Telephone (310) 961-9600
Facsimile  (310) 961-9094

Attorneys for Plaintiff

Gary W. Bethel (SBN 117547)
gbethel@littler.com
Andrew H. Woo (SBN 261120)
awoo@littler.com
**LITTLER MENDELSON, P.C.**
5200 North Palm Avenue, Suite 302
Fresno, California 93704-2225
Telephone: (559) 244-7500
Facsimile: (559) 244-7525

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINA UNG, individually, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA");<br><br>Plaintiff,<br>v.<br><br>BRODER BROS., CO. d/b/a ALPHABRODER, a Delaware corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 1:23-CV-00841-BAM<br><br>Assigned for All Purposes to:<br><br>*Honorable Barbara A. McAuliffe*<br>*Courtroom 8*<br><br>**[PROPOSED] ORDER REMANDING ACTION TO STATE COURT**<br><br>Fresno County Superior Court Case No. 23CECG01529 |

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Remand to State Court, and for good cause appearing, orders as follows:

- All pre-trial dates, hearings, and deadlines are vacated;
- The above-captioned matter is hereby remanded to the Superior Court of the State of California for the County of Fresno, without prejudice to reinstatement of the Action in U.S. District Court should the Parties' efforts to obtain the Superior Court's approval (and/or affirmance of the California Court of Appeal should an appeal be filed) fail.

IT IS SO ORDERED.

Dated:   **September 25, 2024**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE